IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR141 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY D. CAGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's petition for trial transcript, copy of docket sheet and sentencing transcript along with copy of the three priors used in the ACCA Act (Filing No. 102), and on defendant's application to proceed without prepayment of fees (Filing No. 104). The Court has been advised by trial counsel that a copy of the trial transcript and the sentencing transcript has been forwarded to defendant. A copy of the docket sheet will be included with this order. The exhibits list is also included, which indicates there was a stipulation concerning defendant's prior convictions. Said exhibits have been returned to the government. Accordingly,

IT IS ORDERED:

1) Defendant's petition for transcripts is denied as moot;

2) Defendant's application to proceed without prepayment of fees is denied as no proceedings are pending before this Court.

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR141 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY D. CAGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's petition for trial transcript, copy of docket sheet and sentencing transcript along with copy of the three priors used in the ACCA Act (Filing No. 102), and on defendant's application to proceed without prepayment of fees (Filing No. 104).  The Court has been advised by trial counsel that a copy of the trial transcript and the sentencing transcript has been forwarded to defendant.  A copy of the docket sheet will be included with this order.  The exhibits list is also included, which indicates there was a stipulation concerning defendant's prior convictions.  Said exhibits have been returned to the government.  Accordingly,

      IT IS ORDERED:

      1) Defendant's petition for transcripts is denied as moot;

2) Defendant's application to proceed without prepayment of fees is denied as no proceedings are pending before this Court.

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court