IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR141 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY D. CAGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 106). The Court finds plaintiff should file a response thereto. Accordingly,

IT IS ORDERED that plaintiff shall file a response to said motion on or before September 1, 2006.

DATED this 2nd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court