IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
             Plaintiff,          )          8:03CR141
                                 )
        v.                       )
                                 )
LARRY D. CAGE,                   )          ORDER
                                 )
             Defendant.          )
_____)
```

This matter is before the Court on defendant's motion (Filing No. 110), requesting an extension of time to reply to the government's answer to his § 2255 motion to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 106). The Court finds defendant's motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until October 20, 2006, to respond to the plaintiff's answer.

DATED this 18th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court