IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR141 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY D. CAGE | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to amend his 28 U.S.C. § 2255 motion (Filing No. 116), and his notice of appeal (Filing No. 119). On October 17, 2006, the Court considered and denied his § 2255 motion. Thus, his motion to amend is untimely and will be denied.

The Court further notes defendant has not paid the appeal fee; nor has any motion to proceed *in forma pauperis* has been received. The Court will permit defendant to proceed on appeal *in forma pauperis*. However, defendant has not made a substantial showing of the denial of a constitutional right, and no certificate of appealability will issue. Accordingly,

IT IS ORDERED:

1) Defendant's motion to amend his 28 U.S.C. § 2255 motion is denied.

2) Defendant is permitted to proceed on appeal *in forma pauperis*.

3) No certificate of appealability will issue.

DATED this 4th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court