IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR141 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY D. CAGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's application to proceed without prepayment of fees and affidavit (Filing No. 125). The Court notes defendant's application was previously granted (See Filing No. 123). Accordingly,

IT IS ORDERED that defendant's application to proceed without prepayment of fees and affidavit is denied as moot.

DATED this 24th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court