IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
|---|---|
| 8:03CR141 | USA v. Larry D. Cage |

DATED this 21st day of August, 2007.

BY THE COURT

s/Lyle E. Strom
Senior United States District Judge